*Roberta Rae Gumm*
Name
*1492 Chena Point Ave*
*Fairbanks, Alaska*
Mailing address
*907-451-6367*
Telephone

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2006 AUG 14 AM 8: 32

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

*Roberta Rae Gumm,*
(Full name of plaintiff in this action)

Plaintiff,

vs.

*NorthStar Center,*
*ESTER AlasKA*
*Director Rodriguez,*
*Counslor Laura MacFarland*
(Full names of ALL defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. *4:06-cv 00014-RRB*
(To be supplied by Court)

*AMENDED*
**COMPLAINT UNDER**
**THE CIVIL RIGHTS ACT**
**42 U.S.C. § 1983**

**(NON-PRISONERS)**

### A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, list them below:

*N/A*

### B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of *Roberta Rae Gumm*,
(print your name)
who presently resides at *1492 Chena Point Ave, Fairbanks, Ak   99709*, were
(mailing address)
violated by the actions of the below named individual(s).

PS 02 (4/06)                    Page 1 of 8

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _Director Rodriguez_____, is a citizen of
(name)
_Alaska_____, and is employed as a _Director of ½ Way house_
(state)                                    (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek
**injunctive relief** (to stop or require someone do something).

Defendant No. 2, _Laura Mc Farland_____, is a citizen of
(name)
_Alaska_____, and is employed as _Federal Counsler_____.
(state)                                    (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek
**injunctive relief** (to stop or require someone do something).

Defendant No. 3, _North Star Center_____, is a citizen of
(name)
_Alaska_____, and is employed as a _½ Way house._____.
(state)                                    (defendant's government position/title)

_____ This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek
**injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them
if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, " Claim 4," "Claim 5,
etc.").

<u>Claim 1</u>: On or about _April 4_____, my civil right to _Freedom from_
(Date)                                    (Right to medical care, access to courts, due process,
_Cruel and unusual punishment, freedom of association_
freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 1. State what happened clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 1.)

Upon My ARRival at NorthStar Center, I was placed in what was called a Fed Room, and told I could not be held or placed with the women because I was Federal and we had different rules. The Fed room was in the main structure where the men were housed. I was told I could go to the Atco where the women were and visit any time I wanted but this changed the next morning. I was on lock down most of the time, with the exception of going to work. When females were locked down I was when males were locked down I was I could not come out of my room unless some one in security could escort me per director Rodriguez. When I requested Ms. Rodriguez give me my driving privileges, and other privileges per their (Northstars) own Federal Handbook, they were refused - I was demoted a two levels. due to a disagreement between the rules for myself, (and her opinion) for my release resident passes. Knowing my health she ~~blantl~~ blantently refused ANY privileges, nor did

Claim 2: The following civil right has been violated: _Cruel and unusual,_

_freedom of association_ (e.g., due process, freedom of religion, free speech, freedom

of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** civil right violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 2. State what happened clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 2. Include **dates**.)

Ms. McFarland was consistantly to busy to see that my passes and paperwork were completed in a timely manner. When I tried repeatedly to correct these problems, she invariably used the excuse she kept forgetting me. Many times Security officers Mr. Evans, and Mrs. Sayer would have to intervene. I was forced to pay nearly $50. cab fare due to her inability to get my privileges talked out and understood between the Director and herself. My treatment was less than human - and as a halfway house, with daily changing rules, I was treated with clearly cruel and unusual punishment. I was kept in solitary confinment when not at work, restricted from passes due to me, humiliated, forced to tears on many occaisions. They would even come to my job as many as 4 times a day - This is beyond the scope of any of there own handbook rules.

Claim 3: The following civil right has been violated:_____

(e.g., due process, freedom of religion, free speech, freedom

of association and/or assembly, freedom from cruel and unusual punishment, etc.  List **only one** civil right violation.)

Supporting Facts:  (Briefly describe **facts** you consider important to Claim 3.  State what happened clearly, **in your own words.**  DO NOT cite legal authority or argument.  Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 3.  Include **dates**.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Page 5 of 8

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved

in this action? ___X___ Yes ___X___ No

2. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the

additional lawsuits by copying this blank page and labeling it page "6A.")

a. Parties to previous lawsuit:

Plaintiff(s): _Roberta Rae Gumm , Pro Se_

Defendant(s): _FBOP Et AA_

b. Name and location of court: _US District Court Fairbanks, AK_

c. Docket number: _4:06 -cv-00014 RRB_

d. Name of judge to whom case was assigned: _Ralph R. Beistline_

e. Disposition: _dismiss w/o prejudice_
   (For example, was the case dismissed, appealed or still pending?)

f. Issues Raised: _Ø Constitution rights / Bivens action_

g. Approximate date case was filed: _6/19/2006_

h. Approximate date of final decision: _8/2006_

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ *1,000,000*

2. Punitive damages in the amount of $ *1,000,000*

3. An order requiring defendant(s) to *Follow-up on the Federal Handbook*
*Allow the privileges due to the inmate that is*
*trying to adjust*

4. A declaration that

5. Other:

Plaintiff demands a trial by ___*X*___ Jury _____ Court.  (Choose one.)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

*Roberta Rae Gumm*
**Plaintiff's Original Signature**

*Roberta Rae Gumm*
Plaintiff's Full Name

Executed at *Fairbanks, AK*  on  *8/14/06*
       (Location)              (Date)

Page 7 of 8

Original Signature of Attorney (if any)                    (Date)

Attorney's Address and Telephone Number