**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

ROBERTA RAE GUMM,
      Plaintiff,

Case Number 4:06-cv-00014-RRB

v.

FEDERAL BUREAU OF PRISONS,
et al.,
      Defendants.    **JUDGMENT IN A CIVIL CASE**

\_\_\_ **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED:

     THAT this action is DISMISSED with prejudice, and this dismissal constitutes a "strike" under 28 U.S.C. § 1915(g).

APPROVED:

/s/RALPH R. BEISTLINE
United States District Judge

Date: August 24, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*    /s/Ida Romack, Clerk of Court

[gumm judgment.wpd]{JMT2.WPT*Rev.3/03}